**NEALE & FHIMA APC**
AARON D. FHIMA, ESQ. (SBN 296408)
aaron@nealefhima.com
GABRIELLE M. DIAMSE, ESQ. (SBN 331321)
gabriellediamse@nealefhima.com
9846 Research Drive
Irvine, CA 92618
Telephone: (949) 661-1007
Facsimile: (949) 661-3619

Attorneys for Plaintiff,
*CINDY ROMO*


**SOHEYL TAHSILDOOST, ESQ.** (SBN 271294)
**THETA LAW FIRM, LLC**
12100 Wilshire Blvd., Ste. 1070
Los Angeles, CA 90025
eservice@thetafirm.com

Attorney for Defendant,
MERCEDES-BENZ USA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY ROMO, an individual<br>Plaintiffs,<br><br>vs.<br>MERCEDES-BENZ USA, LLC, a limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:23-CV-00794- CJC-DFM<br><br>Judge: Hon. Cormac J. Carney<br><br>**NOTICE OF JOINT SETTLEMENT OF ENTIRE CASE** |

///

## NOTICE OF JOINT SETTLEMENT OF ENTIRE CASE

Plaintiff CINDY ROMO ("Plaintiff") and MERCEDES-BENZ USA, LLC ("Defendant") respectfully submit this Notice of Joint Settlement of the Case and inform the Court as follows:

1. The Parties have settled and have entered into a settlement agreement.

2. Parties will file a Joint Dismissal once settlement funds are received.

3. Based on the foregoing, the Parties respectfully request the Court to vacate all future appearances and deadlines in the case.

Dated: April 29, 2024       **NEALE & FHIMA APC**

*Gabrielle M. Diamse*
By: _____
Gabrielle M. Diamse, Esq.
Attorneys for Plaintiff,
CINDY ROMO

Dated:   April 29, 2024       **THETA LAW FIRM, LLP**

*Soheyl Tahsildoost*
By:_____
s Soheyl Tahsildoost, Esq.
Attorney for Defendant,
MERCEDES-BENZ USA, LLC

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Soheyl Tahsildoost, Esq. counsel for Plaintiff, and that I have obtained authorization to affix their electronic signature to this document.